DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AARON MOHANLAL,**
Appellant,

v.

**NIDIA DIAZ, BEST BAIL BONDS, INC., ALLIANCE BAIL BONDS,** and
**SHARON McCONNELL,**
Appellees.

No. 4D2024-2694

[October 16, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE09054910.

Angela Maria Nieves of SRIPLAW, P.A., Boca Raton, for appellant.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and EWEN, LILLIAN, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***